## Commonwealth ex rel. Checchio *v.* Checchio, Appellant.

Argued September 16, 1971. *Claude O. Lanciano,* for appellant; *Francis T. Sbandi,* with him *Joseph A. Damico, Jr.,* and *Fronefield, deFuria and Petrikin,* for appellee.

Order affirmed.

## Commonwealth ex rel. DiGrazio *v.* DiGrazio, Appellant.

Argued September 16, 1971. *Stanley M. Poplow,* for appellant; *Stanley R. Kotzen,* with him *Levy and Levy,* for appellee.

Order affirmed.

## Commonwealth ex rel. Fels, Appellant, *v.* Fels.

Argued September 16, 1971. *Saul Doner,* for appellant; *William Porter,* with him *Pepper & Porter,* for appellee.

Order affirmed.